In the Matter of the Estate of ARTHUR E. RANDALL, Deceased. FLORENCE A. RANDALL, Appellant; ALBERT M. LANG et al., Respondents.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.